IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-cv-00002

FIRST PROTECTIVE INSURANCE COMPANY,

    Plaintiff,

v.

JAMES GANT AND CASSANDRA GANT,

    Defendants.

**ORDER MODIFYING SCHEDULING ORDER**

Upon consideration of the parties' joint motion to modify the scheduling order, and the entire record, it is:

**ORDERED** that the joint motion is **GRANTED**, and it is further

**ORDERED** that the parties shall engage in mediation on or before August 31, 2022, and it is further

**ORDERED** that the scheduling orders (Docs. 18, 25, 27) are hereby modified such that the deadline for filing dispositive motions is hereby extended to 30 days after mediation is held.

**SO ORDERED**, this the __8__ day of June, 2022

                                                                                       The Honorable James C. Dever III