IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-cv-00002-D

| | |
|---|---|
| FIRST PROTECTIVE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES GANT AND CASSANDRA GANT,<br><br>　　　　Defendants. | **ORDER GRANTING JOINT MOTION TO STAY PENDING APPRAISAL** |

THIS CAUSE being heard on joint motion of Plaintiff and Counterclaim Defendant First Protective Insurance Company ("Frontline") and Defendants and Counterclaim Plaintiffs James and Cassandra Gant (the "Gants") for a stay of the entire case pending completion of the appraisal process set forth in the insurance policy at issue, and it appearing to the Court that the motion should be allowed:

IT IS THEREFORE ORDERED that the Parties' joint motion to stay the case pending appraisal is GRANTED; and

IT IS FURTHER ORDERED that this case and all deadlines are hereby stayed and continued as of the date of this Order, to allow the parties to complete the appraisal process set out in the insurance policy at issue; and

IT IS FURTHER ORDERED that the July 11, 2022 motion to compel appraisal and stay a portion of the lawsuit (Doc. 36) is hereby DENIED as moot.

IT IS FURTHER ORDERED that upon the completion of appraisal, either Party may move this Court to lift the stay and re-set all the deadlines to address any remaining claims.

SO ORDERED. This 8 day of ~~July~~ August, 2022.

_____
JAMES C. DEVER III
United States District Judge